UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. CARRILLO MONZON, A-221-489-543 | No.  1:26-cv-02708-TLN-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| TAE D. JOHNSON, et. al., | |
| Respondents. | |

Petitioner, who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a motion for temporary restraining order, ECF No. 2, motion to appoint counsel, ECF No. 3, and motion to expedite ruling, ECF No. 4.

On April 10, 2026, the District Judge granted Petitioner's motion for temporary restraining order, ECF No. 5, and Respondents filed a notice of compliance with that order, ECF No. 9. In light of this, the court has determined that the interests of justice do not require the appointment of counsel for Petitioner at this time and Petitioner's motion for appointment of counsel will be denied without prejudice.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

/ / /

/ / /

/ / /

1

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]  Because Petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, Respondent will be directed to show cause why the writ should not be granted, and is directed to file an answer/return within 60 days from the date of this order.  See 28 U.S.C. § 2243.  Petitioner may file a reply/traverse to the answer/return within 30 days after being served a copy of it.

In accordance with the above, IT IS HEREBY ORDERED that:

1.      Respondent is directed to file an answer/return within 60 days from the date of this order.  If an answer/return is filed, Respondent shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application.

2.      Petitioner's reply/traverse, if any, is due within 30 days after being served a copy of Respondent's answer/return.

3.      Petitioner's motion to appoint counsel, ECF No. 3, is DENIED WITHOUT PREJUDICE;

4.      Petitioner's motion to expedite ruling, ECF No. 4, is DENIED AS MOOT;

5.      Petitioner is directed to update his address, in accordance with Local Rule 182, within 30 days of the date of this order.

Dated:  April 16, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1]  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

2