UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. CARRILLO MONZON,<br>A-221-489-543<br><br>                    Petitioner,<br><br>        v.<br><br>TAE D. JOHNSON, et. al.,<br><br>                    Respondents. | No.  1:26-cv-02708-TLN-DMC-HC<br><br><br>ORDER |

Petitioner, who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 16, 2026, the Court directed Petitioner to provide an updated address within 30 days.  See ECF No. 11.  On May 13, 2026, the Court issued findings and recommendations that this action be dismissed for Petitioner's failure to comply.  See ECF No. 14.  Because the findings and recommendations were issued prematurely before expiration of the 30-day deadline set in the April 16, 2026, order, the May 13, 2026, findings and recommendations are vacated.

IT IS SO ORDERED.

Dated:  May 14, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1